**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Richard LUECK, Defendant-Appellant.**

**No. 17-13488
Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(March 2, 2018)

Karin Bethany Hoppmann, U.S. Attorney Service—Middle District of Florida, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Stephen John Langs, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant-Appellant

Richard Lueck, Pro Se

Before TJOFLAT, MARCUS and NEWSOM, Circuit Judges.

PER CURIAM:

Todd Doss, appointed counsel for Richard Lueck in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lueck's conviction and sentence are **AFFIRMED.**